FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
9/30/2021
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____21_____-mc-\_191-DDD\_\_

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**,

    Applicant-Plaintiff,

v.

**FRONTIER AIRLINES, INC.**,

    Respondent.

---

**APPLICATION FOR AN ORDER TO SHOW CAUSE WHY
ADMINISTRATIVE SUBPOENAS SHOULD NOT BE ENFORCED**

---

1. This is an action for enforcement of three administrative subpoenas issued pursuant to Section 710 of Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended, 42 U.S.C. § 2000e-8(a) & 2000e-9 (incorporating investigatory powers from 29 U.S.C. § 161) and Section 107(a) of the Americans with Disabilities Act of 1990 ("ADA"), as amended, 42 U.S.C. § 12117(a) (which incorporates Section 710 of Title VII, 42 U.S.C. § 2000e-9).

2. Jurisdiction is conferred on this Court by Section 107(a) of the ADA, 42 U.S.C. § 12117(a) (which incorporates Sections 706(f)(3) and 710 of Title VII, 42 U.S.C. §§ 2000e-5(f)(3) and 2000e-9, the latter of which incorporates Section 11 of the National Labor Relations Act of 1935 ("NLRA"), 29 U.S.C. § 161).

3. Applicant-Plaintiff Equal Employment Opportunity Commission (EEOC) is the federal agency charged with the administration, interpretation, and enforcement of federal laws prohibiting employment discrimination, including Title VII and the ADA, and including the EEOC's authority and mandate to investigate of charges of unlawful employment practices.

4. The EEOC is authorized to bring this action pursuant to Section 107(a) of the ADA, 42 U.S.C. § 12117(a) (which incorporates Section 710 of Title VII, 42 U.S.C. § 2000e-9).

5. Respondent Frontier Airlines, Inc. ("Frontier") is an employer doing business in the State of Colorado.

6. On August 2, 2018, pursuant to its authority under Section 107(a) of the ADA, 42 U.S.C. § 12117(a) (incorporating Section 710 of Title VII, 42 U.S.C. § 2000e-9, which, in turn, incorporates Section 11 of the NLRA, 29 U.S.C. § 161), EEOC issued Subpoena Nos. DE-018-020 and DE-018-021 to Frontier. On August 31, 2018, pursuant to the same authority, EEOC issued Subpoena No. DE-018-022 to Frontier. The Subpoenas were duly served on Frontier.

6. The Subpoenas required Frontier employees Charles A. Rex and Gerardo "Jerry" Arellano to testify under oath and have their testimony recorded, and required Frontier to produce information needed as part of EEOC's investigation of ten charges of unlawful and discriminatory employment practices, Charge Nos.: 541-2016-01704; 541-2016-01707; 541-2016-01709; 541-2017-01427; 541-2017-01430; 541-2017-

01708; 541-2018-00055; 541-2018-00056; 541-2018-02436; and 541-2018-02426, which have been filed against Frontier.

7. On August 13, 2018, Frontier filed with the EEOC Petitions to Revoke or Modify the EEOC's Administrative Subpoena Nos. DE-018-020 and DE-018-021.

8. On September 10, 2018, Frontier filed with the EEOC a Petition to Revoke or Modify the EEOC's Administrative Subpoena No. DE-018-022.

9. On February 19, 2020, the EEOC issued a Determination and denied Frontier's Petitions to Revoke or Modify Subpoena Nos. DE-018-020, DE-018-021, and DE-018-022. This Determination directed Frontier to provide specific information requested in subpoena No. DE-018-22 within twenty-one (21) days of the Determination and to schedule the interviews with Mr. Rex and Mr. Arellano, to be conducted under oath and audio recorded.

10. Frontier has failed and/or refused to comply with the Subpoenas.

11. Frontier's failure and/or refusal to comply with the Subpoenas has delayed and hampered EEOC's investigations.

12. The accompanying Declaration of Amy Burkholder, Denver Field Office Director, filed in support of this Application, and the attachments thereto, provide the factual support for this Application. The Declaration and the attachments are incorporated by reference into this Application.

WHEREFORE, the Equal Employment Opportunity Commission prays:

a.  That the Court issue an Order directing Frontier to appear before this Court and to show cause, if there be any, why an Order should not issue directing Frontier to comply with the Subpoenas;

b.  That, upon return of the Order to Show Cause, the Court issue an Order directing Frontier to comply with the Subpoenas as set forth in the Commission's February 19, 2020 Subpoena Determination;  and

c.  That the Equal Employment Opportunity Commission be granted its costs and such further relief as may be appropriate.

DATED:  September 30, 2021

*Respectfully submitted*,

MARY JO O'NEILL
Regional Attorney
Phoenix District Office

RITA BYRNES KITTLE
Supervisory Trial Attorney
Telephone:  303.866.1347
E-Mail:  rita.kittle@eeoc.gov

/s/ Nathan Foster
Trial Attorney
Telephone:  720.779.3634
E-Mail: Nathan.Foster@eeoc.gov

Karl R. Tetzlaff
Trial Attorney
Telephone:  720.779.3619
E-Mail:  Karl.Tetzlaff@eeoc.gov
EEOC - Denver Field Office
950 17th Street, #300
Denver, CO  80202
*Attorneys for Applicant EEOC*

4

5

PLEASE NOTE:  For purposes of service on EEOC, it is sufficient that pleadings, notices, and Court documents be served upon the Trial Attorneys.