IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____21\_-mc-\_191\_-\_DDD\_

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Applicant-Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Respondent.

## (PROPOSED) ORDER TO SHOW CAUSE

The Equal Employment Opportunity Commission has filed an Application for an Order to Show Cause why three administrative subpoenas should not be enforced.

Subpoena Nos. DE-018-020, DE-018-021, and DE-018-022 were issued to Respondent Frontier Airlines ("Frontier") pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 as amended (ADA), 42 U.S.C. §12117(a) (incorporating Section 710 of Title VII, 42 U.S.C. §2000e-9, which, in turn, incorporates Section 11 of the NLRA, 29 U.S.C. § 161, in the investigation of Charge Nos.: 541-2016-01704; 541-2016-01707; 541-2016-01709; 541-2017-01427; 541-2017-01430; 541-2017-01708; 541-2018-00055; 541-2018-00056; 541-2018-02436; and 541-2018-02426.

The Commission, having duly issued and served the Subpoenas upon Frontier, and Frontier having failed and/or refused to comply within the period

designated in the Subpoenas, it is hereby:

ORDERED that Frontier appear on the ___ day of _____, 2021, at _____ in Courtroom _____, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294-3589, or as the Court may otherwise Order, to show cause, why it should not be compelled to comply with the Subpoenas issued to it.

It is further ORDERED that the Equal Employment Opportunity Commission serve Frontier with a copy of this Order to Show Cause, along with the EEOC's Application, on or before the ___ day of _, 2021, and file a record of service in compliance with Rule 4(l) of the Federal Rules of Civil Procedure; and it is further ORDERED that the Respondent file and serve its Answer or Response to the Application no later than the _____ day of ____, 2021, and the EEOC file its Reply no later than the _____ day of __, 2021.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE