# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-mc-00191-DDD-SKC

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**

    Plaintiff,

v.

**FRONTIER AIRLINES, INC.,**

    Defendant.

## ENTRY OF APPEARANCE OF KARL R. TETZLAFF

    Karl R. Tetzlaff, Trial Attorney, Denver Field Office, U.S. Equal Employment Opportunity Commission, hereby enters his appearance as counsel on behalf of Plaintiff, certifies he is a member in good standing of the bar of this court, and requests notice and service of all pleadings and filings in the above-styled civil action.

    Respectfully submitted this 8th day of October, 2021.

    s/ *Karl Tetzlaff*
EQUAL EMPLOYMENT
 OPPORTUNITY COMMISSION
Denver Field Office
950 17th Street, Suite 300
Denver, CO 80202
Tel:       720.779.3619
E-Mail:    karl.tetzlaff@eeoc.gov

Attorney for Plaintiff EEOC

2

## CERTIFICATE OF SERVICE (CM/ECF)

       I hereby certify that on October 8, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will electronically serve all attorneys of record. Under D.C.COLO.LCivR 5.1(d), "[t]he Notice of Electronic Filing (NEF) generated by CM/ECF constitutes a certificate of service."

                                                                  s/*Karl Tetzlaff*
                                                                  Trial Attorney