**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-mc-00191-DDD-SKC

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**

    Plaintiff,

v.

**FRONTIER AIRLINES, INC.,**

    Defendant.

---

**NOTICE OF DISMISSAL OF APPLICATION FOR AN ORDER TO SHOW CAUSE
WHY ADMINISTRATIVE SUBPOENAS SHOULD NOT BE ENFORCED**

---

    Plaintiff, Equal Employment Opportunity Commission ("EEOC"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses without prejudice its application for an order to show cause why administrative subpoenas should not be enforced, as permitted by Fed. R. Civ. P. 41(a)(1)(B).

    Fed. R. Civ. P. 41(a)(1)(A)(i) states that the plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." On September 30, 2021, the EEOC filed an application for an order to show cause why administrative subpoenas should not be enforced without prejudice ("Application"). As of July 20, 2022, Defendant, Frontier Airlines, Inc. ("Frontier"), has not filed a response to this Application, and the Court has not taken action in response to this Application. Therefore, this notice of dismissal meets the requirements set forth in Fed. R. Civ. P. 41(a)(1)(A)(i).

    Respectfully submitted this 20th day of July, 2022.

2

s/ *Karl Tetzlaff*
EQUAL EMPLOYMENT
 OPPORTUNITY COMMISSION
Denver Field Office
950 17th Street, Suite 300
Denver, CO 80202
Tel:         720.779.3619
E-Mail:     karl.tetzlaff@eeoc.gov

Attorney for Plaintiff EEOC

**CERTIFICATE OF SERVICE (CM/ECF)**

       I hereby certify that on July 20, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will electronically serve all attorneys of record. Under D.C.COLO.LCivR 5.1(d), "[t]he Notice of Electronic Filing (NEF) generated by CM/ECF constitutes a certificate of service."

                                          s/*Karl Tetzlaff*
                                          Trial Attorney